ACCEPTED
03-15-00044-CV
5812781
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 4:33:31 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00044-CV

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 4:33:31 PM
JEFFREY D. KYLE
Clerk

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*Appellant*

v.

## MAURIE LEVIN, NAOMI TERR and HILARY SHEARD

*Appellees*

Appeal from the 201st Judicial District Court of Travis County, Texas
(Hon. Darlene Byrne, Presiding)

## APPELLEES' UNOPPOSEDMOTION FOR AN EXTENSION OF TIME TO FILE BRIEF

Philip Durst
State Bar No: 06287850
pdurst@ddollaw.com
Manuel Quinto-Pozos
State Bar No: 24070459
mqp@ddollaw.com
DEATS, DURST & OWEN, PLLC
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

*Attorneys for Appellees*

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Appellees Maurie Levin, *et al.*, pursuant to Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), respectfully file this unopposed motion requesting that the Court grant Appellees an extension of time to file their brief and would respectfully show as follows.

1.    On January 20, 2015, Appellant Texas Department of Criminal Justice appealed, among other rulings, the trial court's grant of Appellees' Motion for Summary Judgment and its denial of Appellant's Motion for Summary Judgment.

2.    Appellant sought, and this Court granted, three extensions to Appellant's deadline to file its brief. Appellant filed its brief on June 10, 2015.

3.    Appellees' current deadline for filing their brief is July 10.

4.    Appellees' attorneys are heavily engaged in discovery and related contentious issues on other matters that will occupy a significant amount of their time during the end of June and the early part of July.

5.    The present motion for an extension of time is not being filed for the purpose of delay.

6.    No prior extensions of time during which to file Appellees' brief have been requested or granted.

7.    Appellees' attorneys have conferred with Appellant's attorneys, who do not oppose Appellees' present request for an extension of time.

WHEREFORE, the Appellees respectfully request that the Court grant them a thirty-day extension of time (until August 10, 2015) during which to file their brief.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Philip Durst
State Bar No: 06287850
pdurst@ddollaw.com
Manuel Quinto-Pozos
State Bar No: 24070459
mqp@ddollaw.com
DEATS, DURST & OWEN, PLLC
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

On June 24, 2015, pursuant to Texas Rules of Appellate Procedure 10.1(a)(5), Philip Durst conferred with Richard Farrer, counsel for Appellant, regarding the merits of this motion. Mr. Farrer indicated on behalf of Appellant that this motion is *unopposed*.

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that, on June 24, 2015, I have served this document on the following via electronic service:

Richard B. Farrer
Assistant Solicitor General
State Bar No. 24055470
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
richard.farrer@texasattorneygeneral.gov

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos